IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | § | |
|---|---|---|
| FRACTUS, SA | § | |
| | § | |
| v. | § | CASE NO. 2:22-cv-00413-JRG |
| | § | |
| | § | |
| Vivint, Inc.,. | § | |

## REPORT OF MEDIATION

The above-captioned case was mediated (in Person) by David Folsom on Tuesday, September 26, 2023, between Fractus, SA, and Vivint, Inc. . The mediation session has been suspended. The undersigned mediator will continue to work with the parties in an effort to settle.

Signed this 10 day of October, 2023.

*/s/ David Folsom*
David Folsom

JACKSON WALKER, LLP
6002-B Summerfield Drive
Texarkana, Texas 75503

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on this 10th day of October, 2023.

David Folsom